

*268242*

Law firm ref#: 311203-001

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LGP Realty Holdings LP, a Delaware Limited Partnership, Lehigh Gas Wholesale LLC, a Delaware Limited Liability Company, and CrossAmerica Partners LP, a Delaware Limited Partnership,
    Plaintiff(s),

vs.

Grayslake Stop & Shop, LLC, an Illinois Limited Liability Company, and Louay Alani,
    Defendant(s).

Case No.: 1:20-cv-07329

Civil Action No.



### AFFIDAVIT OF SPECIAL PROCESS SERVER

Robert Crowley, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: Grayslake Stop & Shop LLC c/o Louay Alani, Registered Agent

I, Served the within named INDIVIDUAL/ENTITY on December 17, 2020 @ 6:25 PM

CORPORATE SERVICE: by leaving a copy of this process with **Louay Alani**. (Title): **Registered Agent**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: Summons in a Civil Case; Complaint

ADDRESS WHERE SERVED: 350 W. Prairie Walk Ln., Round Lake, IL 60073

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

[redacted]

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of Illinois

Robert Crowley, Process Server
Dated 12/22/20

County of Cook

This instrument was subscribed and sworn to before me on 12-22-20 (date)
BY _____ (name/s of person/s)

Signature of Notary Public

OFFICIAL SEAL
KELLY A KIENZLE
NOTARY PUBLIC - STATE OF ILLINOIS

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312-855-0303