

*268241*

Law firm ref#: 311203-001

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LGP Realty Holdings LP, a Delaware Limited Partnership,
Lehigh Gas Wholesale LLC, a Delaware Limited Liability
Company, and CrossAmerica Partners LP, a Delaware
Limited Partnership,
    Plaintiff(s),
vs.

Grayslake Stop & Shop, LLC, an Civil Action No. Illinois
Limited Liability Company, and Louay Alani,

    Defendant(s).

Case No.: 1:20-cv-07329



### AFFIDAVIT OF SPECIAL PROCESS SERVER

Robert Crowley, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL TO BE SERVED: **Louay Alani**

I, Served the within named INDIVIDUAL on December 15, 2020 @ 4:30 PM

**SUBSTITUTE SERVICE:** by leaving a copy of this process at his/her usual place of abode with **Maryum Abu Doah.** (Title): **Wife**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the INDIVIDUAL at his/her usual place of abode on **12/17/2020**.

TYPE OF PROCESS: **Summons in a Civil Case; Complaint**

ADDRESS WHERE SERVED: **350 W. Prairie Walk Ln., Round Lake, IL 60073**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of **Illinois**

County of **Cook**

This instrument was subscribed and sworn to before me on 12-22-20 (date)
By _____ (name/s of person/s)

Signature of Notary Public

X _____
Robert Crowley, Process Server
Dated 12/22/20 ATG LegalServe Inc

OFFICIAL SEAL
KELLY A KIENZLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/10/24

ATG LegalServe Inc 105 W. Adams Street, Suite 1350 Chicago, IL 60603 312-855-0303