# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LGP Realty Holdings, LP et al v. GRAYSLAKE STOP & SHOP     Case Number: 20-cv-07329

An appearance is hereby filed by the undersigned as attorney for:

Louay Alani

Attorney name (type or print): Cynthia Rote

Firm: Integrate Legal, PC

Street address: 516 Main Street, Suite 1

City/State/Zip: Pecatonica, Illinois 61063

Bar ID Number: 6287240     Telephone Number: 815 255 4695
(See item 3 in instructions)

Email Address: cynthia@integrate-legal.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ /Cynthia M Rote
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015