### IN THE UNITED STATE DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DISTRICT

| | |
|---|---|
| LGP REALTY HOLDINGS LP, a Delaware Limited Partnership, LEHIGH GAS WHOLESALE LLC, a Delaware Limited Liability Company, and CROSSAMERICA PARTNERS LP, a Delaware Limited Partnership. <br>                    Plaintiff, <br><br> v <br><br> GRAYSLAKE STOP & SHOP, LLC, an Illinois Limited Liability Company, and LOUAY ALANI, <br><br>                    Defendants. | Case No, 20-cv-7329 <br> Honorable Judge Wood |

### MOTION FOR EXTENSION OF TIME

NOW COMES the Defendants, Grayslake Stop & Shop, LLC and Louay Alani, by and through undersigned counsel and pursuant to Rules 6(b) of the Federal Rules of Civil Procedure and moves this Court for an order to extend time to file an answer or otherwise plead in the above-entitled action. In Support hereof, Defendants state as follow:

1. Plaintiffs' filed their Complaint on December 11, 2020.

2. Louay Alani was personally served on December 17, 2020.

3. Defendants' response is due on or before January 7, 2021 and the time for filing an answer or other pleading has not yet expired.

4. This motion is not being made for the purpose of delay but is based upon Defendants' time needed to file its response, given that service occurred immediately before the holiday season.

5. Plaintiffs do not object to this Motion.

WHEREFORE, Defendants, Grayslake Stop & Shop, LLC and Louay Alani request this Honorable Court for an order extending the time to file an answer or otherwise plead up to and including January 21, 2021.

**Respectfully Submitted,**

By: /s// *Cynthia M Rote*

Integrate Legal, P.C.
Cynthia M Rote
516 Main Street, Suite 1
Pecatonica, Illinois 61063
ARDC Number: 6287240
(815) 255-4695
Service@Integrate-Legal.com

## CERTIFICATE OF SERVICE

I certify that on January 7, 2021, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This 7th day of January 2021.

By: /s// *Cynthia M Rote*