# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LGP Realty Holdings, LP, et al.

                                        Plaintiff,

v.                                                               Case No.: 1:20−cv−07329

                                                                          Honorable Andrea R. Wood

GRAYSLAKE STOP & SHOP, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2021:

       MINUTE entry before the Honorable Andrea R. Wood: Defendants' motion for extension of time [12] is granted. Defendants shall have until 1/21/2021 to answer or otherwise respond to the complaint. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.