RECORDING REQUESTED BY
FIDELITY NATIONAL TITLE

AND WHEN RECORDED MAIL TO:

FIDELITY NATIONAL TITLE
ATTN: MICHELLE BURTON
1 E. WASHINGTON ST., SUITE 450
PHOENIX, AZ 85004



```
Image# 055863310007 Type: DW
Recorded: 12/29/2016 at 03:24:48 PM
Receipt#: 2016-00082125
Page 1 of 7
Fees: $1,704.00
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File 7360618
```

Escrow No.: Z1622521

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**SPECIAL WARRANTY DEED**

**EXHIBIT A**

Doc Number: 7360618 Seq: 1



**SPECIAL WARRANTY DEED**
(Illinois)

**This instrument was prepared by:**
Michael Roth, Esquire
Ice Miller LLP
2300 Cabot Drive
Lisle, IL 60532

**After recording, please return to:**
Christopher P. Tessitore, Esquire
National Retail Properties, Inc.
450 S. Orange Avenue, Suite 900
Orlando, Florida 32801

**Send Subsequent Tax Bills to:**
National Retail Properties, Inc.
Attn: Ingrid Irvin
450 S. Orange Avenue, Suite 900
Orlando, Florida 32801

```
Image# 055863310007 Type: DW
Recorded: 12/29/2016 at 03:24:48 PM
Receipt#: 2016-00082125
Page 1 of 7
Fees: $1,704.00
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File 7360618
```

$1,107,692.00

| REAL ESTATE TRANSFER TAX | 12/29/2016 |
|---|---|
| COUNTY: | $ 554.00 |
| ILLINOIS: | $ 1,108.00 |
| TOTAL: | $ 1,662.00 |

DOC 7360618 | 201612049P0589 | 2-742-294-535

*(Reserved for Recorder's Use)*

**LGP REALTY HOLDINGS LP**, a Delaware limited partnership ("Grantor"), for and in consideration of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable consideration in hand paid, the receipt whereof is hereby acknowledged, **HEREBY CONVEYS AND WARRANTS** to **NATIONAL RETAIL PROPERTIES, LP**, a Delaware limited partnership ("Grantee"), the following described real property situated in the County of Lake in the State of Illinois, to wit:

See <u>Exhibit A</u> attached hereto and made a part hereof for legal description (the "Real Estate"),

Subject to each of the following:

1.  All covenants, conditions, restrictions, reservations, rights, rights of way, easements, encumbrances, liens and other matters of record as of the date hereof;

2.  All matters which would be revealed or disclosed in an accurate survey or inspection of the property hereby conveyed; and

3.  Real estate taxes and assessments, if any, not yet due and payable.

ADDRESS: 735 Belvidere Rd., Grayslake, IL 60030

**Doc Number: 7360618  Seq: 2**

PIN: 06-35-200-022

Together with Grantor's right, title and interest, if any, in the following:

(i) all buildings and improvements located thereon;

(ii) all rights, privileges, remainders, reversions, tenements, hereditaments, benefits and easement appurtenant or belonging to the Real Estate, including all rents, issues and profits, air rights, water, water rights, riparian rights and water stock relating to the Real Estate and any rights-of-way or other appurtenances used in connection with ownership, use and enjoying of the Real Estate; and

(iii) any road, street, highway or alley, or in any abandoned or vacated road, street, highway or alley abutting the Real Estate.

TO HAVE AND TO HOLD the said Real Estate as above described, with the appurtenances, unto Grantee, its successors and assigns forever.

And Grantor, for itself, and its successors, does covenant, promise and agree, to and with Grantee, its successors and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that the said premises, against all persons lawfully claiming, or to claim the same, by, through or under it, it WILL WARRANT AND DEFEND.

[signature page follows]

IN WITNESS WHEREOF, Grantor has executed the foregoing instrument on this 20 day of December, 2016.

**LGP REALTY HOLDINGS LP,**
a Delaware limited partnership

    By: LGP REALTY HOLDINGS GP LLC,
    a Delaware limited liability company,
    its general partner

By: _____
Name: David F. Hrinak
Title: Executive VP and COO

Commonwealth of Pennsylvania )
                                                  )SS:
County of Lehigh )

I, the undersigned, a Notary Public in and for said County, DO HEREBY CERTIFY, THAT David F. Hrinak, personally known to me to be the Executive VP and COO of LGP Realty Holdings GP LLC, a Delaware limited liability company and the general partner of LGP Realty Holdings LP, a Delaware limited partnership, and personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that as such duly appointed Executive VP and COO, he signed and delivered the said instrument pursuant to his authority as his free and voluntary act on behalf of said entity.

Given under my hand and official seal this 20th day of December, 2016.

*Opal N. Snyder* (signature)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
OPAL N SNYDER
Notary Public
CITY OF BETHLEHEM, NORTHAMPTON COUNTY
My Commission Expires Jan 20, 2019

## EXHIBIT A

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 35, TOWNSHIP 45 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS TO WIT:

COMMENCING AT THE INTERSECTION OF THE CENTER LINES OF BELVIDERE ROAD (SO CALLED), STATE ROUTE 120 AND STATE ROUTE 21; THENCE SOUTHEASTERLY ALONG THE CENTER LINE OF SAID STATE ROUTE 21, 262.6 FEET; THENCE NORTHEASTERLY 182.4 FEET TO A POINT 453.3 FEET DUE WEST OF THE EAST LINE OF SAID QUARTER SECTION AND 183 FEET SOUTH OF THE CENTER LINE OF SAID STATE ROUTE 120; THENCE EAST A DISTANCE OF 145.00 FEET; THENCE NORTH 183 FEET TO THE CENTER LINE OF SAID STATE ROUTE 120; THENCE WEST ALONG THE CENTER LINE OF SAID ROUTE 120 TO THE POINT OF BEGINNING (EXCEPT THAT PART THEREOF FALLING ON THE HIGHWAYS AND EXCEPT THE EAST 145 FEET THEREOF), IN LAKE COUNTY, ILLINOIS.

APN(s): 06-35-200-022

Common Address: 735 Belvidere Rd., Grayslake, IL   60030

**Doc Number: 7360618  Seq: 6**

|  | Mary Ellen Vanderventer | |
|---|---|---|
|  | Lake County Recorder of Deeds | |
| 18 N. County Street |  | (847)360-6673 |
| Waukegan, IL 60085 |  | (FAX) (847)625-7200 |

## PLAT ACT AFFIDAVIT

STATE OF ILLINOIS

COUNTY OF LAKE } SS.

DOCUMENT NO. 7360618

I, (Name) __Shari L. Gross__, being duly sworn on oath, state that

I reside at __10 S LaSalle Suite 3100 Chicago IL 60603__, and that the attached deed is not in violation of the Plat Act, Ch. 765 ILCS 205/1.1(b), as the provision of this Act do not apply and no plat is required due to the following exception *(Circle the number applicable to the attached deed):*

1. The division or subdivision of the land into parcels or tracts of five acres or more in size which does not involve any new streets or easements of access;

2. The divisions of lots or blocks of less than one acre in any recorded subdivision which does not involve any new streets or easements of access;

3. The sale or exchange of parcels of land between owners of adjoining and contiguous land;

4. The conveyance of parcels of land or interests therein for use as right of way for railroads or other public utility facilities and other pipe lines which does not involve any new streets or easement of access;

5. The conveyance of land owned by a railroad or other public utility which does not involve any new streets or easements of access;

6. The conveyance of land for highway or other public purposes or grants or conveyances relating to the dedication of land for public use or instruments relating to the vacation of land impressed with a public use;

7. Conveyances made to correct descriptions in prior conveyances;

8. The sale or exchange of parcels or tracts of land following the division into no more than two parts of a particular parcel or tract of land existing on July 17, 1959 and not involving any new streets or easements of access;

9. The sale of a single lot of less than five acres from a larger tract when a survey is made by a registered surveyor; provided, however, that this exemption shall not apply to the sale of any subsequent lots from the same larger tract of land, as determined by the dimensions and configuration of the larger tract on October 1, 1973, and provided also that this exemption does not invalidate any local requirements applicable to the subdivision of land.

10. The conveyance of land does not involve any land division and is described in the same manner as title was taken by grantor(s).

AFFIANT further states that this affidavit is made for the purpose of inducing the RECORDER OF LAKE COUNTY, ILLINOIS to accept the attached deed for recording.

_Shari L. Gross_
(Signature)

OFFICIAL SEAL
DAWN M GODLEWSKI
Notary Public - State of Illinois
My Commission Expires Apr 3, 2018

SUBSCRIBED AND SWORN TO BEFORE ME

this __21st__ day of __December__, __2016__.

_Dawn M. Godlewski_

Notary Public

Doc Number: 7360618 Seq: 7

File Number: 7360618    Page 7 of 7