# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LGP Realty Holdings, LP, et al.

                                                  Plaintiff,

v.                                                                        Case No.: 1:20−cv−07329

                                                                                     Honorable Andrea R. Wood

GRAYSLAKE STOP & SHOP, LLC, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 6, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/6/2021. In light of the parties' stipulation on the record, this case is dismissed in its entirety without prejudice. All pending motions are terminated. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.